**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

__________ District of Delaware
(State)

Case number (If known): __________ Chapter 11

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/16

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

1. **Debtor's name** — NC Dynamics Incorporated

2. **All other names debtor used in the last 8 years** — N/A

   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number** (EIN) — 95-3423219

4. **Debtor's address**

   **Principal place of business**

   6925 Downey Avenue
   Number Street

   Long Beach CA 90805
   City State ZIP Code

   Los Angeles County
   County

   **Mailing address, if different from principal place of business**

   Number Street

   P.O. Box

   City State ZIP Code

   **Location of principal assets, if different from principal place of business**

   Number Street

   City State ZIP Code

5. **Debtor's website** (URL) — http://www.ncdi.aero/

6. **Type of debtor**

   ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify: __________

Debtor NC Dynamics Incorporated
Name

Case number (if known)

**7. Describe debtor's business**

A. *Check one:*

- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☑ None of the above

B. *Check all that apply:*

- ☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

3 3 6 4

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

- ☐ Chapter 7
- ☐ Chapter 9
- ☑ Chapter 11. *Check all that apply:*
  - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes. District ______ When ______ MM / DD / YYYY Case number ______

District ______ When ______ MM / DD / YYYY Case number ______

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☐ No

☑ Yes. Debtor See Schedule 1 attached hereto Relationship ______

District ______ When ______ MM / DD / YYYY

Case number, if known ______

Debtor NC Dynamics Incorporated
Name

Case number (if known)

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☐ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☑ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? ______

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other ______

**Where is the property?** ______
Number Street

______
City State ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency ______

Contact name ______

Phone ______

## Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☑ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated assets**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☑ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

Debtor NC Dynamics Incorporated
Name

Case number (if known) ______________________

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☑ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

WARNING – Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- I have been authorized to file this petition on behalf of the debtor.
- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 03/28/2017
MM / DD / YYYY

[signature] Matthew Sedigh
Signature of authorized representative of debtor — Printed name

Title Chief Restructuring Officer

**18. Signature of attorney**

______________________ Date ______________
Signature of attorney for debtor — MM / DD / YYYY

Dennis A. Meloro
Printed name

Greenberg Traurig, LLP
Firm name

1007 North Orange Street, Suite 1200
Number Street

Wilmington DE 19801
City State ZIP Code

(302) 661-7000 melorod@gtlaw.com
Contact phone Email address

4435 DE
Bar number State

Debtor NC Dynamics Incorporated
Name

Case number (if known)

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☑ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- I have been authorized to file this petition on behalf of the debtor.
- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ____________
MM / DD / YYYY

______________________________
Signature of authorized representative of debtor

Matthew Sedigh
Printed name

Title Chief Restructuring Officer

**18. Signature of attorney**

______________________________
Signature of attorney for debtor

Date 3/28/2017
MM / DD / YYYY

Dennis A. Meloro
Printed name

Greenberg Traurig, LLP
Firm name

1007 North Orange Street, Suite 1200
Number Street

Wilmington DE 19801
City State ZIP Code

(302) 661-7000
Contact phone

melorod@gtlaw.com
Email address

4435 DE
Bar number State

# SCHEDULE 1

## Pending Bankruptcy Cases Filed by the Debtor and Affiliates of the Debtor

On the date hereof, each of the entities listed below (collectively, the "Debtors"), filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code in the United States Bankruptcy Court for the District of Delaware. The Debtors have moved for joint administration of these cases for procedural purposes only under the case number assigned to the chapter 11 case of Aerospace Holdings, Inc.

1. Aerospace Holdings, Inc.
2. Valley Tool & Manufacturing, Inc.
3. NC Dynamics Incorporated
4. NCDI Mexico, Inc.
5. GroupAero Seattle, Inc.

**NC DYNAMICS INCORPORATED**
**a California corporation**

**ACTION BY WRITTEN CONSENT**
**OF**
**THE SOLE DIRECTOR**
**OF**
**THE SPECIAL COMMITTEE**

In accordance with Sections 307(8)(b) and 307(8)(c) of the California Corporations Code and Article III, Section 10 of the By-Laws of NC Dynamics Incorporated, a California corporation (the "**Company**"), the undersigned, being the sole director of the Special Committee (the "**Special Committee**") of the Board of Directors of the Company (the "**Board**"), hereby takes the following actions and adopts the following resolutions by written consent (the "**Consent**") of the sole director without a meeting, effective for all purposes as of the date of the signature below:

**WHEREAS**, on March 8, 2017, the Board appointed the undersigned to serve as the Chief Restructuring Officer ("**CRO**") of the Company;

**WHEREAS**, the Board has designated the Special Committee and appointed the undersigned as the sole director of the Special Committee;

**WHEREAS**, the Special Committee considered the Company's potential liabilities, the strategic alternatives available to it, and the impact of each of the foregoing on the business of the Company; and

**WHEREAS**, the Special Committee had the opportunity to consult with the management and advisors of the Company about the strategic alternatives available to the Company.

**NOW, THEREFORE, BE IT RESOLVED**: That in the judgment of the Special Committee, it is desirable and in the best interests of the Company and its constituents that the Company file or cause to be filed a voluntary petition in the United States Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**"), on behalf of the Company, seeking relief (a "**Chapter 11 Case**") under the provisions of chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**");

**RESOLVED FURTHER**: That the CRO and such other persons as may be designated by the CRO or the Special Committee (each, an "**Authorized Officer**") be, and hereby are, authorized and empowered to execute and file for, in the name of, and on behalf of the Company, all petitions, schedules, lists, motions, applications, pleadings, and other papers or documents as necessary in a Chapter 11 Case, and to take any and all further actions that the Authorized Officer deems necessary, proper, and desirable in connection with the aforesaid Chapter 11 Case with a view to the successful prosecution of such case, the executing and filing of and the taking of such further actions, to be conclusive evidence of the authorization thereof, be, and each hereby is, authorized, approved, and adopted by the Company;

**RESOLVED FURTHER**: That the Authorized Officer be, and hereby is, authorized, empowered, and directed, on behalf of the Company, to retain and employ Greenberg Traurig, LLP as general bankruptcy counsel, to represent and assist the Company in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance the Company's rights and obligations, including, without limitation, filing any pleadings, and the execution, delivery, and performance of appropriate retention agreements, the payment of appropriate retainers prior to the filing of the Chapter 11 Case, and the filing of appropriate applications for authority to retain the services of Greenberg Traurig, LLP, to be conclusive evidence of the authorization thereof, be, and each hereby is, authorized, approved, and adopted by the Company;

**RESOLVED FURTHER**: That the Authorized Officer be, and hereby is, authorized and empowered to retain and employ any other professionals to assist the Company in carrying out its duties under the Bankruptcy Code, and to take any and all other actions to advance the Company's rights and obligations, and the execution, delivery, and performance of appropriate retention agreements, the payment of appropriate retainers prior to the filing of the Chapter 11 Case, and the filing of appropriate applications for authority to retain the services of such other professionals, in each case, as the Authorized Officer deems necessary, proper, and desirable, the retention and employment and the execution, delivery, and performance of retention agreements, the payment of appropriate retainers, and the filing of appropriate applications, to be conclusive evidence of the authorization thereof, be, and each hereby is, authorized, approved, and adopted by the Company;

**RESOLVED FURTHER**: That the Authorized Officer be, and hereby is, authorized, empowered, and directed, for, in the name of, and on behalf of the Company, by the Company, to execute, deliver, and perform under the aforesaid retention agreements, to pay such retainers, and make such filings;

**RESOLVED FURTHER**: That any and all actions previously taken or to be taken by any officer, member of the Board, or the Authorized Officer, with respect to and in contemplation of the actions authorized by any of the foregoing resolutions, for, in the name of, and on behalf of the Company, be, and each hereby is, authorized, approved, ratified, and confirmed by the Company;

**RESOLVED FURTHER**: That the Authorized Officer is hereby directed to file a copy of this Consent with the minutes of the proceedings of the Company and this Consent shall, for all purposes, be treated as action taken and vote adopted at a duly called, noticed, and held meeting of the Special Committee; and

**RESOLVED FURTHER**: That facsimile signatures shall constitute original signatures for all purposes of this Consent and these resolutions.

[*Signature page follows*]

I HEREBY CERTIFY that the foregoing is a true and correct copy of resolutions regularly presented to and adopted by the Board at a meeting duly called and held telephonically on the 27th day of March, 2017, at which a quorum was present and voted, and that such resolution is duly recorded in the minute book of this corporation.

Date: 3/27/17

Matthew Sedigh

*[Signature page to the Resolutions of the Board of Directors]*

| Fill in this information to identify the case: |
|---|
| Debtor name NC Dynamics Incorporated |
| United States Bankruptcy Court for the: District of Delaware (State) |
| Case number (If known): |

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders[1]

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Corinthian Capital Group LLC<br>366 Madison Avenue,<br>9th Floor<br>New York, NY 10017 | 212-920-2300 | Sponsor Note | | | | $17,500,580 |
| 2 | Brookside Mezzanine Partners<br>One Stamford Forum<br>201 Tresser Boulevard, Suite 330<br>Stamford, CT 06901 | Corey Sclar<br>203-595-4530 | Subordinated Debt | | | | $17,056,648 |
| 3 | Patriot Capital<br>509 South Exeter Street, Suite 210<br>Baltimore, MD 21202 | 443-573-3010 | Subordinated Debt | | | | $5,087,327 |
| 4 | Catalus Capital Management<br>57 W. 57th Street, 4th Floor<br>New York, NY 10019 | 203-816-0752 | Subordinated Debt | | | | $5,087,327 |
| 5 | New England Manufacturing Group, Inc.<br>22 Prindle Hill Road<br>Orange, CT 06477 | Dennis Murray | Seller Note | | | | $2,835,000 |
| 6 | Corinthian Capital Group LLC 366 Madison Avenue,<br>9th Floor<br>New York, NY 10017 | 212-920-2300 | Management Fees and Expense Reimbursement | | | | $2,337,039 |
| 7 | AMI Metals Inc<br>P.O. Box 952474<br>St. Louis, MO 63195 | 800-727-1903 | Trade Debt | | | | $1,367,545 |
| 8 | The Bazz Family Trust & The Scott Family Trust<br>1509 Beachcomber Dr.<br>Seal Beach, CA 90740 | N/A | Seller Note | | | | $1,209,417 |

[1] This List of Creditors Who Have the 20 Largest Unsecured Claims was prepared on a consolidated basis among all of the Debtors identified on Schedule 1.

Debtor NC Dynamics Incorporated
Name

Case number (if known)

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Boeing Co. c/o TMX Aero<br>P.O. Box 3707<br>Seattle, WA 98124 | 800-926-2600 | Trade Debt | | | | $1,045,689 |
| 10 | Service Steel Co.<br>7925 Crossway Drive<br>Pico Rivera, CA 90660 | 800-624-8073 | Trade Debt | | | | $290,845 |
| 11 | Shepherd and Safari, LLC<br>1845 Laguna Del Campo<br>Templeton, CA 93465 | N/A | Rent | | | | $232,474 |
| 12 | Thyssenkrupp Aerospace/ TKX<br>P.O. Box 894213<br>Los Angeles, CA 90189 | 203-265-1567<br>Kathie.Sadloski@Thyssenkrupp.com | Trade Debt | | | | $223,406 |
| 13 | Golenbock Eiseman Assor Bell & Peskoe LLP<br>437 Madison Ave.<br>New York, NY 10022 | 212-907-7300 | Professional fees | | | | $167,639 |
| 14 | Coast Plating, Inc.<br>128 W. 154th St.<br>Gardena CA 90248 | 323-770-0240 | Trade Debt | | | | $135,441 |
| 15 | HM Dunn Company, Inc.<br>3301 House-Anderson Rd.<br>Euless, TX 76040 | 817-283-3722 | Trade Debt | | | | $108,400 |
| 16 | Castle Metals Aerospace<br>14001 Orange Avenue<br>Paramount, CA 90723 | 562-630-1400 | Trade Debt | | | | $106,774 |
| 17 | Pricewaterhouse Cooper LLP<br>Hay's Galleria<br>1 Hay's lane<br>London | 44 (0) 20 7583 5000 | Professional Fees | | | | $101,994 |
| 18 | Timet<br>14281 Franklin Ave.<br>Tustin, CA 92780 | 714-573-1000 | Trade Debt | | | | $101,377 |
| 19 | American Handforge, LLC<br>P.O. Box 845324<br>Los Angeles, CA 90084 | 909-546-1900<br>Kjohnson@Handforge.com | Trade Debt | | | | $62,520 |
| 20 | Cygnus, Inc.<br>122 Emerald Industrial Park<br>Ponderay, ID 83852 | 208-263-4761<br>Info@Cygnusaero.com | Trade debt | | | | $56,853 |

**Fill in this information to identify the case and this filing:**

Debtor Name NC Dynamics Incorporated

United States Bankruptcy Court for the ______________ District of Delaware (State)

Case number (*If known*) ______________

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors 12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration ______________

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 03/28/2017
MM / DD / YYYY

[signature]
Signature of individual signing on behalf of debtor

Matthew Sedigh
Printed name

Chief Restructuring Officer
Position or relationship to debtor

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>NC Dynamics Incorporated,<br><br>Debtor. | Chapter 11<br><br>Case No. 17-__________ ( ) |

**LIST OF EQUITY SECURITY HOLDERS**

| **Name** | **Address** | **% Equity Interest** |
|---|---|---|
| Aerospace Holdings, Inc. | 366 Madison Avenue, 9th Floor, New York, NY 10017 | 100% |

[The remainder of this page is intentionally blank.]

**Fill in this information to identify the case and this filing:**

Debtor Name NC Dynamics Incorporated

United States Bankruptcy Court for the ______________ District of Delaware (State)

Case number (If known) ______________

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☑ Other document that requires a declaration List of Equity Security Holders

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 03/28/2017
MM / DD / YYYY

[signature]
Signature of individual signing on behalf of debtor

Matthew Sedigh
Printed name

Chief Restructuring Officer
Position or relationship to debtor

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>NC Dynamics Incorporated,<br><br>Debtor. | Chapter 11<br><br>Case No. 17-__________ ( ) |

**CORPORATE OWNERSHIP STATEMENT**

Pursuant to rules 1007(a)(1) and 7007.1 of the Federal Rules of Bankruptcy Procedure, the following are corporations, other than a governmental unit, that directly or indirectly own 10% or more of any class of the Debtor's equity interests:

| Shareholder | Approximate Percentage of Shares Held |
|---|---|
| Aerospace Holdings, Inc. | 100% |
| Corinthian/Aero, LLC | Owns 77.10% of the equity interest of Aerospace Holdings, Inc. |
| Corinthian Equity Fund, L.P. | Owns 100% of the membership interest of Corinthian/Aero, LLC |

[The remainder of this page is intentionally blank.]

**Fill in this information to identify the case and this filing:**

Debtor Name NC Dynamics Incorporated

United States Bankruptcy Court for the ______________ District of Delaware (State)

Case number (If known) ______________

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☑ Other document that requires a declaration Corporate Ownership Statement

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 03/28/2017
MM / DD / YYYY

[signature]
Signature of individual signing on behalf of debtor

Matthew Sedigh
Printed name

Chief Restructuring Officer
Position or relationship to debtor